# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06617- WDK-(FMOx) | Date | December 10, 2009 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Sagrario Godoy Vargas | | |

Present: The Honorable: William D. Keller, United States District Judge

| Patricia Gomez | none | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: none

Attorneys Present for Defendants: none

**Proceedings:**  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (In Chambers)

    The Court, on its own motion, hereby ORDERS plaintiff(s), to show cause in writing no later than <u>December 18, 2009</u> why this action should not be dismissed for lack of prosecution as to all defendant's. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

    Plaintiff filing a Motion for Entry of Default Judgment (FRCivP 55b) on all defendant's.

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Plaintiff's counsel is ordered to serve this minute order on all defendant's.

:

Initials of Preparer    PG